# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY TYRONE FOSTER,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>ROSIE B. GARCIA, Warden,<br><br>　　　　　　Respondent.<br>_____/ | CV F   99-5748 OWW DLB HC<br><br>ORDER DIRECTING RESPONDENT TO SUBMIT COPY OF TRANSCRIPTS FROM MARSDEN HEARING |

　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　This case is currently ready for review on the merits.  In Ground Four of the Petition, Petitioner contends that the trial court failed to make an adequate inquiry at his hearing on December 19, 1993.  In her answer to the petition, Respondent argues that the pleadings establish that Petitioner has failed to met his burden of establishing a constitutional violation, and submits that transcript from the Marsden hearing is filed in the state Court of Appeal under seal, and if requested by this Court will be obtained and submitted for review. (Answer, at 28.)  The Court finds that the copy of the transcript is necessary for review in resolving Petitioner's claim.  Accordingly, within **thirty (30)** days from the date of service of this order, Respondent shall submit a copy of the transcript of the Marsden hearing on December 19, 1993.  Due to the confidential nature of the transcripts, the Court authorizes Respondent to submit the transcripts under seal pursuant to Local Rule 39-141.

　　　IT IS SO ORDERED.

　　　Dated: 　October 10, 2006　　　　　　　　/s/ Dennis L. Beck
3b142a　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1