# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY TYRONE FOSTER,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>ROSIE B. GARCIA, Warden,<br><br>　　　　　　Respondent.<br>　　　　　　　　　　　　　　　　／ | CV F   99-5748 OWW DLB HC<br><br>ORDER GRANTING RESPONDENT'S APPLICATION TO SEAL TRANSCRIPT'S OF DECEMBER 29, 1993 HEARING |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　On October 11, 2006, the Court directed Respondent to submit a copy of the transcripts of the Marsden hearing on December 29, 1993.  On November 3, 2006, Respondent filed a notice of lodging the transcripts under seal, along with an application for a court order directing that the transcripts be sealed.  (Court Docs. 153, 154.)

　　　　Good cause having been presented, Respondent's request to file the Reporter's Transcripts of the Marsden hearing on December 29, 1993, is GRANTED, and the Clerk of Court is directed to file the Transcript's submitted by Respondent on November 3, 2006, under SEAL.

　　　　IT IS SO ORDERED.

　　Dated:　**November 8, 2006**　　　　　　　　　/s/ **Dennis L. Beck**
3b142a　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1