1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   RICKY TYRONE FOSTER,                    CV F   99-5748 OWW DLB HC

10                  Petitioner,            ORDER ADOPTING FINDINGS AND
                                           RECOMMENDATIONS, DENYING PETITION
11          v.                             FOR WRIT OF HABEAS CORPUS AND
                                           DIRECTING CLERK OF COURT TO ENTER
12                                         JUDGMENT IN FAVOR OF RESPONDENT
     ROSIE B. GARCIA, Warden,
13                                         [Doc. 158]
                    Respondent.
14   _____/

15

16          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

17   pursuant to 28 U.S.C. § 2254.

18          On November 21, 2006, the Magistrate Judge issued Findings and Recommendation that

19   the Petition for Writ of Habeas Corpus be DENIED.   This Findings and Recommendation was

20   served on all parties and contained notice that any objections were to be filed within twenty (20)

21   days of the date of service of the order.

22          On December 26, 2006, Petitioner filed timely objections to the Findings and

23   Recommendation.

24          In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted

25   a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's

26   objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is

27   supported by the record and proper analysis.  Petitioner's objections present no grounds for

28   questioning the Magistrate Judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1.      The Findings and Recommendation issued November 21, 2006, is ADOPTED IN

        FULL;

2.      The Petition for Writ of Habeas Corpus is DENIED; and

3.      The Clerk of the Court is DIRECTED to enter judgment in favor of Respondent.

        This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:   January 18, 2007**                      /s/ Oliver W. Wanger
emm0d6                                       UNITED STATES DISTRICT JUDGE