UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

RICKY TYRONE FOSTER,

vs.

**ORDER RE: CERTIFICATE OF APPEALABILITY**

1:99-CV-5748 OWW DLB HCHC

ROSIE B. GARCIA, Warden,

_____/

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____   Granted for the following reason:

_____

_____

_____

_____

__X__   Denied for the following reason:
*No issues debatable among jurists of reason.*

_____

_____

Dated: 3-5-07

OLIVER W. WANGER
United States District Judge